**AFFIDAVIT**

I, Cole D. Benner, depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives ("ATF"), and have been since March of 2020. I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Intelligence Center (CGIC) Task Force. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states: It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. I know that individuals who possess firearms and ammunition as felons or otherwise, often store those firearms and ammunition in their homes or cars, so that the firearms and ammunition are easily accessible. I also know that firearms are durable and non-perishable

goods, which can be expected to remain in the individual's possession for extended periods of time.

4. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Preston DEMPSEY has violated Title 18 U.S.C. § 922(g)(1), Possession of Firearm and Ammunition by Convicted Felon and Title 21, United States Code, Section 841(a)(1) manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance.

## PROBABLE CAUSE

**January 13, 2026 – 365 S. Napoleon Ave. Apt D Columbus, OH.**

6. On or about January 13, 2026, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officers (TFO) and Special Agents (SA) executed a Federal Search Warrant (2:26-MJ-009) at the address of Preston DEMPSEY (365 S. Napoleon Ave. Apt. D Columbus, OH), who was found to be in possession of a firearm and contraband. DEMPSEY and his girlfriend, Mykaisia MADISON, were detained in the residence.

7. According to a database of criminal records and the Franklin County Clerk of Court Website, DEMPSEY has been convicted of the following felonies, all of which prohibit him from possessing a firearm:

- Franklin County Court of Common Pleas, 02CR-5335, 4/22/04, Engaging in Corrupt Activity, a felony of the second degree, and Trafficking Drugs, a felony of the third degree;

- United States District Court, Southern District of Ohio, 2:02-CR-84, 12/16/2002, Distribution of Cocaine Base (60 months imprisonment); and
- United States District Court, Southern District of Ohio, 2:16-CR-052, 8/15/16, Possession of a Firearm by a Felon and Possession with Intent to Distribute heroin (130 months imprisonment).

8. While searching the residence, investigators observed the bathroom window to be damaged/open. Investigators observed a firearm (HS Produkt, Model Hellcat, 9mm pistol, SN: BB245121) on the ground, outside of the residence, below the window. Additionally, investigators observed multiple clear plastic bags containing a white powder substance on the roof of the residence directly to the south of 365 S. Napoleon Ave. Apt D. In the kitchen of the residence investigators located items including digital scales, drug packaging materials, and drug preparation materials.

9. Your affiant and SA Matt Behnfeldt conducted an interview of DEMPSEY. DEMPSEY was seated in the rear of a Columbus Police vehicle and handcuffed. Your affiant reviewed DEMPSEY's constitutional rights with him. DEMPSEY agreed to speak to investigators without a lawyer present. DEMPSEY stated he threw the aforementioned drugs and firearm out of the bathroom window when he became aware that law enforcement was at his door.

10. Your affiant utilized Google maps to measure the distance, in feet, from 365 S. Napoleon Ave. Apt D. to Eastmoor Academy located at 417 S. Wyant Ave. Columbus, OH. The distance from 365 S. Napoleon Ave. Apt D. Columbus, OH to Eastmoor Academy is approximately 502 feet.



11.     SA Carsyn Saunders tested the seized suspected controlled substances utilizing the MX908. The analysis showed the seized suspected controlled substances to contain substances including methamphetamine.

### Interstate Nexus Determination

12.     Your affiant is a qualified ATF Interstate Nexus Expert and on January 13, 2026, your affiant determined the firearm (HS Produkt, Model Hellcat, 9mm pistol, SN: BB245121) was not manufactured in the state of Ohio, thus having traveled in interstate commerce to be found in the state of Ohio.

### CONCLUSION

13.     Based upon the above listed facts and circumstances, affiant believes and asserts that there is probable cause to believe that on January 13, 2026, DEMPSEY did unlawfully, knowingly possess, a firearm and ammunition in and affecting interstate commerce after having

been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, U.S.C., Section 922(g)(1) and Title 21, United States Code, Section 841(a)(1) manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. The above violations were committed in the Southern District of Ohio, Eastern Division.  Your Affiant requests that an arrest warrant be issued for Preston DEMPSEY.

*Cole Benner*
_____
Cole Benner, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this __13th__ day of   January, 2026

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio
Eastern Division